```
KEVIN G. McCURDY (SBN 115083)
MARYAM GILAK (SBN 218325)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599
E-mail:  kevin.mccurdy@mccurdylawyers.com
         maryam.gilak@mccurdylawyers.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY
```

FILED
2008 FEB 28 PM 3:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGA SAENZ,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. C08-01205 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

The undersigned counsel of record for Liberty Mutual Fire Insurance Company certifies that plaintiff Gega Saenz and defendant Liberty Mutual Fire Insurance Company may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

27315

- 1 -

**Certification Of Interested Entities Or Persons**

|   |   |   |
|---|---|---|
| 1 | Dated: February 28, 2008 | McCURDY & FULLER LLP |
| 2 | | |
| 3 | | /s/ M. Gilak |
| 4 | | KEVIN G. McCURDY<br>MARYAM GILAK<br>Attorneys for Defendant |
| 5 | | LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY |

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27315

- 2 -

**Certification Of Interested Entities Or Persons**