FILED
2008 FEB 28 PM 3: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN G. McCURDY (SBN 115083)
   MARYAM GILAK (SBN 218325)
2  McCURDY & FULLER LLP     **E-filing**
   4300 Bohannon Drive, Suite 240
3  Menlo Park, CA 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599
   E-mail: kevin.mccurdy@mccurdylawyers.com
5          maryam.gilak@mccurdylawyers.com

6  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 GEGA SAENZ,                    CASE NO. C08-01205  EMC

12           Plaintiff,           **PROOF OF SERVICE**

13      v.

14 LIBERTY MUTUAL FIRE INSURANCE
   COMPANY, and DOES 1 through 20,
15 inclusive,

16           Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

27311                    - 1 -
                    **Proof Of Service**

# PROOF OF SERVICE
### Gega Saenz v. Liberty Mutual Fire Insurance Company, et al.
### United States District Court, Northern District of California
### Case No. TBA

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CIVIL COVER SHEET**

**DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)[DIVERSITY JURISDICTION]**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Addressed to the following recipients:

Gary S. Rose, Esq.
Heather E. Gibson, Esq.
Flynn, Rose & Perkins
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Phone: (408) 399-4566
Fax: (408) 399-6683
**(Attorneys for *Plaintiff*)**

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 28, 2008, at Menlo Park, California

Lena S. Nielsen

27311

- 2 -
Proof Of Service