KEVIN G. McCURDY (SBN 115083)
MARYAM GILAK (SBN 218325)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
       maryam.gilak@mccurdylawyers.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGA SAENZ,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. C08-01205 EMC<br><br>**PROOF OF SERVICE** |

27311

- 1 -

Proof Of Service

## PROOF OF SERVICE
*Gega Saenz v. Liberty Mutual Fire Insurance Company, et al.*
United States District Court, Northern District of California
Case No. C08-01205 EMC

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**SEE ATTACHED LIST OF DOCUMENTS**

Addressed to the following recipients:

Gary S. Rose, Esq.
Heather E. Gibson, Esq.
Flynn, Rose & Perkins
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Phone: (408) 399-4566
Fax: (408) 399-6683
**(Attorneys for *Plaintiff*)**

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 3, 2008, at Menlo Park, California

*/s/ Danielle Torres*
Danielle Torres

27311

- 2 -
Proof Of Service

## LIST OF DOCUMENTS

**COURT FORMS**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE)**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (STANDING ORDER FOR CIVIL PRACTICE, RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, RE: MOTIONS AND CONFERENCES)**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27311

- 3 -

**Proof Of Service**