```
GARY S. ROSE  #83744
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone:  (408) 399-4566
Fax:            (408) 399-6683
E-mail: gsroselaw@hotmail.com

Attorneys for Plaintiff
GEGA SAENZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGA SAENZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY and DOES 1 through 20, inclusive<br><br>                    Defendants. | Case No.  CO8-01205 EMC<br><br>PLAINTIFF'S JURY DEMAND |

      PLEASE TAKE NOTICE that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Gega Saenz hereby demands a jury trial in the above-entitled action.

      DATE: March 4, 2008                FLYNN, ROSE & PERKINS


                                           By /s/ Gary S. Rose
                                               GARY S. ROSE
                                               Attorney for Plaintiff
                                               GEGA SAENZ