UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEGA SAENZ,

    Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY and DOES 1 through 20, inclusive

    Defendant(s).

No. C08-01205 EMC

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5/13/08

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C08-01205 EMC

## NOTICE OF ASSIGNMENT OF CASE

## TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to Magistrate Judge **EDWARD M. CHEN**

Pursuant to Title 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in the case. Attached is a form to complete if you consent to proceed before the assigned magistrate judge and a form to complete if you decline to proceed before the assigned magistrate judge. Electronic versions of both forms are also available at the Court's Internet site: http://www.cand.uscourts.gov. Click on Forms-Civil. A party is free to withhold consent without adverse consequences. If a party declines to consent, the case will be randomly reassigned to a district judge and a case management conference will be scheduled on the district judge's calendar as close as possible to the date presently scheduled before the magistrate judge.

You must file your consent or declination by the deadline for filing the initial case management statement.

The plaintiff or removing party shall serve a copy of this notice and all attachments upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT
RICHARD W. WIEKING, CLERK

By: Deputy Clerk

MagAssnNtc-2-03.wpd