UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGA SAENZ, | Case No. C08-1205 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from June 4, 2008 at 1:30 p.m. to **June 11, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 28, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy