**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** June 11, 2008

**Case No:** C08-1205 EMC          **FTR Time:**   2:05-2:11 p.m.

**Case Name:** Gega Saenz v. Liberty Mutual
              Gary Rose for Plaintiff
              Kevin McCurdy for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   CMC - Held

**ORDERED AFTER HEARING:**

5-day jury trial set for 4/20/09 at 8:30 a.m.  This case has already been referred to ADR for mediation.  ADR is to be completed by 8/21/08.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 9/17/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 9/10/08.

cc: EMC