**FILED**

AUG 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT

**Northern District of California**

Saez,

    Plaintiff(s),

    v.

Liberty Mutual Fire Insurance Company,

    Defendant(s).

No. C 08-01205 EMC MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __8/27/08__

2. Did the case settle?  ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __after 9/17/08__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☐ NO   *unknown — the attorneys may want another session*

Dated: __8/27/08__   __Mary McLain__
Mediator, Mary McLain
McLain Mediation
20 Sunnyside Ave., Suite 110
Mill Valley, CA 94941

**Certification of ADR Session**
08-01205 EMC MED