GARY S. ROSE (CA. State Bar #83744)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: gsroselaw@hotmail.com

Attorney for Plaintiff
GEGA SAENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGA SAENZ,<br><br>          Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1 through 20, inclusive<br><br>          Defendants. | Case No. C08-01205 EMC<br><br>STIPULATION AND REQUEST FOR DISMISSAL and (PROPOSED) ORDER |

      The parties by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

      IT IS SO STIPULATED

      Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATE: December 15, 2008          FLYNN, ROSE & PERKINS

                                                  By   /s/
                                                  GARY S. ROSE
                                                  Attorney for Plaintiff

DATE: December 15, 2008                                    McCURDY & FULLER, LLP


By ___/s/_____
      KEVIN G. McCURDY
      Attorney for Defendant

<u>ORDER</u>

In light of the parties' stipulation, this action is hereby dismissed in its entirety, with prejudice, as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

DATE: __12/19__, 2008                    _____
                                          Honorable Edward M. Chen
                                          United States District Judge

**IT IS SO ORDERED**
/s/ Judge Edward M. Chen

STIPULATION AND REQUEST FOR DISMISSAL AND (PROPOSED) ORDER
C08-01205 EMC
Page 2